| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEBRASKA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Nebraska Brewing Co.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-5371004

**4. Debtor's address**

Principal place of business  
6946 S. 108th Street  
La Vista, NE 68128  
Number, Street, City, State & ZIP Code

Sarpy  
County

Mailing address, if different from principal place of business  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Nebraska Brewing Co.**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Nebraska Brewing Co.**    Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☑ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Nebraska Brewing Co.**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Nebraska Brewing Co.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 28, 2025**
MM / DD / YYYY

X **/s/ Kim Kavulak**     **Kim Kavulak**
Signature of authorized representative of debtor     Printed name

Title **Owner**

**18. Signature of attorney**

X **/s/ Patrick R. Turner**     Date **April 28, 2025**
Signature of attorney for debtor     MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**9375 Burt Street
#100
Omaha, NE 68114**
Number, Street, City, State & ZIP Code

Contact phone **402-690-3675**     Email address **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Nebraska Brewing Co.**

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 28, 2025**         X **/s/ Kim Kavulak**
                                            Signature of individual signing on behalf of debtor

                                            **Kim Kavulak**
                                            Printed name

                                            **Owner**
                                            Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Nebraska Brewing Co.**
United States Bankruptcy Court for the: **DISTRICT OF NEBRASKA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berlin<br>PO Box 74007164<br>Chicago, IL 60674-7164 | | Trade Debt | | | | $29,186.16 |
| Briess<br>PO Box 88679<br>Milwaukee, WI 53288 | | Trade Debt | | | | $32,709.74 |
| Brook Valley 14 LLC<br>11516 Miracle Hills Drive<br>C/O Colliers<br>Omaha, NE 68154 | | Trade Debt | | | | $176,354.09 |
| Darst Brune<br>14707 California Street<br>Suite 10<br>Omaha, NE 68154 | | Trade Debt | | | | $3,851.60 |
| Endurance Chemical<br>59240 White Pole Road<br>Atlantic, IA 00050-0232 | | Trade Debt | | | | $1,813.00 |
| Favorite Brands Prepay<br>3900 North McColl Road<br>Mcallen, TX 78501 | | Trade Debt | | | | $4,324.88 |
| First National Bank Credit Cards<br>1620 Dodge Street<br>Omaha, NE 68197 | | Trade Debt | | | | $11,923.94 |
| Grunwald Boiler<br>11111 E Circle<br>Suite A<br>Omaha, NE 68137 | | Trade Debt | | | | $2,671.76 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Nebraska Brewing Co.**                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Indie Hops** 2505 SE 11th Avenue Suite 311 Portland, OR 00098-7202 | | Trade Debt | | | | $26,298.40 |
| **Mount Rushmore** 140 Mt Rushmore Road PO Box 548 Custer, SD 57730 | | Trade Debt | | | | $8,800.00 |
| **NBC Investment Corp** 9761 Hamilton Plaza Omaha, NE 68114 | | All Assets Loan | Unliquidated Disputed | $323,675.00 | Unknown | $323,675.00 |
| **Orchestrated Beer** 420 Linden Street Suite 200 Fort Collins, CO 80524 | | Trade Debt | | | | $27,815.90 |
| **Paul & Kim Kavulak as PR** 806 South Ridge Circle Louisville, NE 68037 | | Shareholder Loans | | | | $300,000.00 |
| **Paul F Kavulak** 806 South Ridge Circle C/O Paul H Kavula Louisville, NE 68037 | | Shareholder Loans. | | | | $175,000.00 |
| **QBO Prepay** 13255 Centech Road Omaha, NE 68138 | | Trade Debt | | | | $205,000.00 |
| **Saxco** 15849 N Lombard St Bldg 4 Unit 200 Portland, OR 97203 | | Trade Debt | | | | $18,356.97 |
| **Small Business Administration** 10737 Gateway West #300 El Paso, TX 79935 | | All Assets Loan | | $500,000.00 | Unknown | $500,000.00 |
| **Toast** 1926 S 67th Street Suite 200 Omaha, NE 68106 | | Trade Debt | | | | $35,585.00 |
| **Turnpost** 6123 S 140th Ave Omaha, NE 68137 | | Trade Debt | | | | $5,725.00 |

Debtor **Nebraska Brewing Co.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wildpack Cans**<br>**1301 Edison Hwy**<br>**Suite A-2**<br>**Baltimore, MD 21213** | | **Trade Debt** | | | | $2,285.00 |

# United States Bankruptcy Court
## District of Nebraska

In re **Nebraska Brewing Co.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kim Kvulak** 806 West Ridge Circle Louisville, NE 68037 | | | **47.5% Interest** |
| **Paul Kavulak** 806 West Ridge Circle Louisville, NE 68037 | | | **47.5& Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 28, 2025**

Signature **/s/ Kim Kavulak**
**Kim Kavulak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nebraska

In re  **Nebraska Brewing Co.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 28, 2025**

**/s/ Kim Kavulak**  
**Kim Kavulak**/**Owner**  
Signer/Title

Arp, Tyson
5062 160th Circle
Omaha, NE 68135

Berlin
PO Box 74007164
Chicago, IL 60674-7164

Bernard, Julie
6211 S 142nd Street
Omaha, NE 68137

Briess
PO Box 88679
Milwaukee, WI 53288

Brook Valley 14 LLC
11516 Miracle Hills Drive
C/O Colliers
Omaha, NE 68154

Cline Williams
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

Comerford, Colin
6689 Giles Road Apt 203
Papillion, NE 68133

Darst Brune
14707 California Street
Suite 10
Omaha, NE 68154

Douglas County Treasurer
1819 Farnam StreetH-02
Omaha, NE 68183

Endurance Chemical
59240 White Pole Road
Atlantic, IA 00050-0232

```
Farrell, Judith
811 Magnolia Drive
Papillion, NE 68046


Favorite Brands Prepay
3900 North McColl Road
Mcallen, TX 78501


First National Bank Credit Cards
1620 Dodge Street
Omaha, NE 68197


Great American Financial Services
PO Box 660831
Dallas, TX 75266-0831


Grunwald Boiler
11111 E Circle
Suite A
Omaha, NE 68137


Haines Climate Control DBA RSM Maintenan
5330 F Street
Omaha, NE 68117


Indie Hops
2505 SE 11th Avenue
Suite 311
Portland, OR 00098-7202


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Kavulak, Connor
11441 Queens Drive
Omaha, NE 68164


Kavulak, Dylan
11316 Washington Street
Omaha, NE 68137
```

Case 25-80403-BSK    Doc 1    Filed 04/28/25    Entered 04/28/25 18:52:39    Desc Main
            Document      Page 14 of 19

Kavulak, Kim
806 West Ridge Circle
Louisville, NE 68037


Lovings, Nicole
13809 W Circle
Omaha, NE 68137


Mount Rushmore
140 Mt Rushmore Road
PO Box 548
Custer, SD 57730


MUD
350 World Communications Dr
Omaha, NE 68122


Munch, Anthony
6001 Seward Street
Omaha, NE 68104


NBC Investment Corp
9761 Hamilton Plaza
Omaha, NE 68114


Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509


OPPD
Energy Plaza
444 S 16th St
Omaha, NE 68102


Orchestrated Beer
420 Linden  Street
Suite 200
Fort Collins, CO 80524


Paul   Kim Kavulak as PR
806 South Ridge Circle
Louisville, NE 68037

```
Paul F Kavulak
806 South Ridge Circle C/O Paul H Kavula
Louisville, NE 68037


QBO Prepay
13255 Centech Road
Omaha, NE 68138


Redwing, Jessica
11316 Washington Street
Omaha, NE 68137


Riza, Alex
1312 Beechwood Ave
Papillion, NE 68133


Riza, Renee
15587 Walnut Circle
Omaha, NE 68144


Saxco
15849 N Lombard St
Bldg 4
Unit 200
Portland, OR 97203


Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935


Toast
1926 S 67th Street
Suite 200
Omaha, NE 68106


Turnpost
6123 S 140th Ave
Omaha, NE 68137


Volano
1111 N 13th St
Suite 208
Omaha, NE 68102
```

```
Wild Goose
633 CTC Blvd
Ste 100
Louisville, CO 80027

Wildpack Cans
1301 Edison Hwy
Suite A-2
Baltimore, MD 21213
```

# United States Bankruptcy Court
## District of Nebraska

In re  **Nebraska Brewing Co.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Nebraska Brewing Co.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kim Kvulak**
**806 West Ridge Circle**
**Louisville, NE 68037**

**Paul Kavulak**
**806 West Ridge Circle**
**Louisville, NE 68037**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 28, 2025** | **/s/ Patrick R. Turner** |
| Date | **Patrick R. Turner** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Nebraska Brewing Co.** |
| | **Turner Legal Group, LLC** |
| | **9375 Burt Street** |
| | **#100** |
| | **Omaha, NE 68114** |
| | **402-690-3675** |
| | **pturner@turnerlegalomaha.com** |

**United States Bankruptcy Court**
**District of Nebraska**

In re **Nebraska Brewing Co.**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kim Kavulak**, declare under penalty of perjury that I am an **Owner** of **Nebraska Brewing Co.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th of April, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kim Kavulak**, an **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kim Kavulak**, an **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kim Kavulak**, an **Owner** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case."

Date **April 28, 2025**

Signed **/s/ Kim Kavulak**
**Kim Kavulak**

Resolution of Board of Directors
of
**Nebraska Brewing Co.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kim Kavulak**, an **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kim Kavulak**, an **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kim Kavulak**, an **Owner** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case.

Date  **April 28, 2025**                                        Signed  **/s/ Kim Kavulak**

Date  **April 28, 2025**                                        Signed